**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELSIE ABENA F., <br><br>   Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br>   Defendant. | No. CV 23-1732-DOC (JPR) <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Plaintiff's Opening Brief, Defendant's Opposition, Plaintiff's Reply, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report and Recommendation, and other records on file herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1.   Plaintiff's request for an order remanding this case for further proceedings is DENIED.

2.   Defendant's request for an order affirming his final decision is GRANTED.

3.   Judgment be entered consistent with this order.

4. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: June 6, 2024

*David O. Carter*
DAVID O. CARTER
U.S. DISTRICT JUDGE