JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELSIE ABENA FORD,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARTIN O'MALLEY, Commissioner<br>of Social Security,<br><br>                    Defendant. | ) Case No. CV 23-1732-DOC (JPR)<br>)<br>)<br>)          **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    For the reasons set forth in the accompanying Order
Accepting Magistrate Judge's Report and Recommendation, it is
ADJUDGED THAT the Commissioner's request for an order affirming
his final decision is GRANTED and judgment is entered in the
Commissioner's favor.


DATED:    June 6, 2024        _____
                             DAVID O. CARTER
                             U.S. DISTRICT JUDGE